AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00197 |
| Christopher Belliveau | ) Assigned To : Judge Zia M. Faruqui |
| ~~[redacted]~~ | ) Assign. Date : 6/6/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*       *Offense Description*

18 U.S.C. § 1752(a)(1) and (b)(1)(A) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority with a Deadly or Dangerous Weapon),
18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon),
18 U.S.C. § 1752(a)(4) and (b)(1)(A) (Engaging in physical violence in restricted building or on restricted grounds with a Deadly or Dangerous Weapon),
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building),
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings),
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating or Picketing in the Capitol Buildings),
18 U.S.C. § 231(a)(3) (Civil Disorder),
18 U.S.C. §§ 111(a)(1), (b) and (2) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Aiding and Abetting).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __06/06/2024__                              _____
*Judge's signature*

City and state: __Washington, D.C.__            __Zia M. Faruqui, U.S. Magistrate Judge__
*Printed name and title*