AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Christopher Belliveau<br><br>*Defendant* | Case: 1:24-mj-00197<br>Assigned To : Judge Zia M. Faruqui<br>Assign. Date : 6/6/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Christopher Belliveau,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (b)(1)(A) (Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority with a Deadly or Dangerous Weapon),
18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon),
18 U.S.C. § 1752(a)(4) and (b)(1)(A) (Engaging in physical violence in restricted building or on restricted grounds with a Deadly or Dangerous Weapon),
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building),
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings),
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating or Picketing in the Capitol Buildings),
18 U.S.C. § 231(a)(3) (Civil Disorder),
18 U.S.C. §§ 111(a)(1), (b) and (2) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Aiding and Abetting).

Date:    06/06/2024                                    *Zia M. Faruqui*
                                                        *Issuing officer's signature*

City and state:    Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
                                                        *Printed name and title*

### Return

This warrant was received on *(date)* 6-11-2024, and the person was arrested on *(date)* 6-11-2024
at *(city and state)* North Berwick, ME.

Date: 6-11-2024                                        [signature]
                                                        *Arresting officer's signature*

                                                        LT Daniel Pelkey
                                                        *Printed name and title*