UNITED STATES DISTRICT COURT
DISTRICT OF COLOMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:24-mj-197-ZMF |
| ) | |
| CHRISTOPHER BELLIVEAU, ) | |
|       Defendant ) | |

## ENTRY OF APPEARANCE BY DAVID J. BOBROW, ESQ. FOR CHRISTOPHER BELLIVEAU

NOW COMES undersigned counsel, David J. Bobrow, Esq. at the directive of Christopher Belliveau with the following request of this Court:

    Please enter my appearance for Christopher Belliveau in this matter.

    Dated this 12th day of July 2024 at Portland, Maine.

    Respectfully submitted,

    *s/David J. Bobrow*
    Attorney for Christopher Belliveau
    BEDARD AND BOBROW, PC
    9 Bradstreet Lane
    P.O. Box 366
    Eliot, ME 03903  207.439.4502
    djblaw@bedardbobrow.com

## **CERTIFICATE OF SERVICE**

I, David J. Bobrow, Esq., hereby certify that I have caused to be served via ECF the Entry of Appearance on the following individuals:

1. All attorneys of record in this matter including the United States Government.

Dated this 12th day of July 2024 at Portland, Maine.

    Respectfully submitted,

    *s/David J. Bobrow*
    Attorney for Christopher Belliveau
    BEDARD AND BOBROW, PC
    9 Bradstreet Lane
    P.O. Box 366
    Eliot, ME 03903 207.439.4502
    djblaw@bedardbobrow.com